AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ANTHONY BRIAN MALLGREN,

                Plaintiff,

      v.

UNION GOSPEL MISSION,

               Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-13-175-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is sua sponte DISMISSED with prejudice pursuant to 28 U.S.C. Section 1915e(2)(B)(ii) for failing to state a claim upon which relief may be granted.

May 15, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson